UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JOHN DOE and JANE DOE,          C.A. NO. 3:00-CV-2234 (EBB)

v.

AMERICAN MEDICAL
SYTEMS, INC.                    DECEMBER 5, 2003

**INDEX TO THE RECORD ON APPEAL**

| Document | No. |
|---|---|
| Defendant's Notice of Removal | 1 |
| Defendant's Answer | 15 |
| Defendant's Motion for Summary Judgment | 45 |
| Defendant's Memorandum in Support of No. 45 | 46 |
| Defendant's Motion to Preclude Expert Testimony | 49 |
| Defendant's Memorandum in Support of No. 49 | 50 |
| Plaintiff's Opposition to No. 49 | 54 |
| Plaintiff's Opposition to No. 45 | 56 |
| Defendant's Reply to No. 54 | 59 |
| Defendant's Reply to No. 56 | 62 |
| Defendant's Reply to No. 54 | 63 |
| Court's order granting No. 49 | 65 |
| Court's order granting No. 45 | 66 |
| Judgment | 67 |

1

Respectfully Submitted,

*[signature]*

Plaintiffs,
**By one of their attorneys:**
Sebastian O. DeSantis
247 Shaw Street
P.O. Drawer 191
New London, CT 06320
Tel: 860.444.0144
Fax: 860.443.0003
CT Juris No. 415635
Fed. No. CT 20116

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the above document on December 5, 2003 upon:

| | |
|---|---|
| James M. Campbell, and<br>Holly Polgase<br>Campbell, Campbell & Edwards<br>One Constitution Plaza<br>Boston, MA 02129 | Gilbert Shasha<br>P.O. Box 1736<br>New London, CT 06320 |

*[signature]*
Sebastian O. DeSantis

2

# SABILIA, DeSANTIS & WAGGONER, LLC
## ATTORNEYS

ELIZABETH A. SABILIA, ESQ.
SEBASTIAN O. DeSANTIS, ESQ.*
DARREN G. WAGGONER, ESQ.**

*Also admitted in Masshantucket
**Also admitted in Massachusetts

THE OCKFORD HOSE COMPANY BUILDING
247 SHAW STREET, P.O. DRAWER 191
NEW LONDON, CONNECTICUT 06320
Telephone (860) 444-0144
Facsimile (860) 443-0003

ARLYN E. DAVIS, OFFICE MANAGER
PATRICIA A. SANTIAGO, A.A.

Darren G. Waggoner
waggoner@sdwllc.com

**BY FEDERAL EXPRESS**

December 5, 2003

Civil Clerk
United States District Court for the
    District of Connecticut
141 Church Street
New Haven, CT 06510

Re:    **John Doe and Jane Doe v. American Medical Systems, Inc.**
       **U.S.D.C., D.N. 3:00-CV-2234 (EBB)**

Dear Sir or Madam:

Although my office's records indicate that the Index to the Record on Appeal, a Certified Copy of the Docket Entries, and the Clerk's Certificate was already transmitted from your Court to the Court of Appeals in this case, the Court of Appeals recently advised my office that they have no record of receiving same.

Accordingly, enclosed is another Index to the Record of Appeal in this case. Would you kindly transmit said Index - along with Certified Copy of the Docket Entries, and the Clerk's Certificate - to the Court of Appeals at your earliest convenience?

Thank you.

Very truly yours,

Darren G. Waggoner

DGW/ad
Enclosures

---

BOSTON MAILING ADDRESS:
44 School Street, P.M.B. 342 • Boston, Massachusetts 02108 • Telephone (617) 227-0144 • Facsimile (617) 227-0065